**Order entered April 13, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00102-CV

### ESTATE OF FREDERIC B. ASCHE, JR., DECEASED

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-3533-2**

## ORDER

We **GRANT** the April 11, 2016 motion of court reporter Terri Etekochay for an extension of time to file the reporter's record. The reporter's record shall be filed by **APRIL 15, 2016**.


/s/     ELIZABETH LANG-MIERS
         JUSTICE